UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALONZO JAMICHAEL SEVERSON,

               Plaintiff,

    v.

UNITED STATES FEDERAL
GOVERNMENT,

               Defendant.

CASE NO. C25-1666-JLR

REPORT AND RECOMMENDATION

Plaintiff filed an application to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915(a)(1). *See* Dkt. 1. The Court, following review of his application, issued an Order directing Plaintiff to submit a revised application that provides complete and detailed financial information by September 23, 2025. *See* Dkt. 3.

To date, Plaintiff has not responded or submitted a revised IFP application. Accordingly, the Court recommends that Plaintiff's IFP Application, Dkt. 1, be DENIED. This action should proceed only if Plaintiff pays the $405.00 filing fee within **thirty (30) days** after entry of the

1  Court's Order adopting this Report and Recommendation.[1]  If no filing fee is paid within thirty

2  days of the Court's Order, the Clerk should close the file.

3      Objections to this Report and Recommendation, if any, should be filed with the Clerk and

4  served upon all parties to this suit not later than **fourteen (14) days** from the date on which this

5  Report and Recommendation is signed.  Failure to file objections within the specified time may

6  affect your right to appeal.  Objections should be noted for consideration on the District Judge's

7  motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may

8  be filed by **the day before the noting date**.  If no timely objections are filed, the matter will be

9  ready for consideration by the District Judge on **October 21, 2025**.

10      Dated this 6th day of October, 2025.

11

12                                      S. KATE VAUGHAN
                                        United States Magistrate Judge

---

[1] The undersigned further recommends review by the assigned District Judge under 28 U.S.C. § 1915 (e)(2)(B).

REPORT AND RECOMMENDATION - 2