UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALONZO JAMICHAEL SEVERSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES FEDERAL GOVERNMENT,<br><br>　　　　　　Defendant. | Case No. C25-1666-JLR<br><br>ORDER |

　　　　Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge and the relevant portions of the record, and having received no objections or responses, the Court finds and ORDERS:

　　　　(1) The Court ADOPTS the Report and Recommendation (Dkt. 4);

　　　　(2) Plaintiff's IFP Application, Dkt. 1, is DENIED.  Plaintiff is directed to pay the full filing fee of $405.00 within **thirty (30) days** of the date of signature below.  If the filing fee is not paid, this case will be dismissed;

　　　　(3) The Clerk shall file the Complaint only on receipt of the filing fee.  If no filing fee is paid within **thirty (30) days** of the date of this Order, the Clerk is directed to close the file; and

ORDER - 1

(4) The Clerk is directed to send copies of this Order to the Parties and to Judge Vaughan.

Dated this 21st day of October, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2